Ross TROUT, et al. *v.* Charles MATHIS and Brenda
MATHIS

86-7                                                              708 S.W.2d 629

Supreme Court of Arkansas
Opinion delivered May 5, 1986

*Ross Trout*, pro se.

*Gary Isbell*, for appellees.

DAVID NEWBERN, Justice. We affirm in this case because
the abstract of the record provided by the appellants, *pro se*, is
flagrantly deficient. Rules of the Arkansas Supreme Court and
Court of Appeals 9(e)(2).

The appellants appeal from a dismissal of their claim.
They argue the case was improperly dismissed pursuant to Ark.
R. Civ. P. 41. They contend the case was once dismissed
voluntarily in an Arkansas court and then again by a United
States District Court for lack of subject matter jurisdiction, and
that the second dismissal was not of the sort, as provided in Rule
41, to preclude them from bringing the claim again. There is no
abstract of the order of the court with respect to the voluntary
dismissal. Nor are the federal court order and the order appealed
from here abstracted. A justice reading the abstract supplied has
no means of evaluating these actions of the courts in the context of
the appellants' contentions with respect to Rule 41.

For this court to continue to operate efficiently each
justice must be able to decide the case on the basis of the abstract

without having to refer to the record. We cannot do that in this case. The abstracting requirement is the same for parties who appeal *pro se* as it is for those who are represented by attorneys. *Bryant* v. *Lockhart*, 288 Ark. 302, 705 S.W.2d 9 (1986); *Walker* v. *State*, 283 Ark. 339, 676 S.W.2d 460 (1984).

Affirmed.

PURTLE, J., not participating.